# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **GEORGE W. JOHNSON, III,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. CIV-26-883-R** |
| | ) | |
| **KASEY KASH, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Amanda L. Maxfield, the Court adopts the Report and Recommendation [Doc. No. 5], in its entirety.

For the reasons stated therein, Plaintiff's Application to Proceed in District Court Without Preparing Fees or Costs [Doc. No. 2] is DENIED. Plaintiff is directed to pay the filing no later than July 13, 2026. A failure to timely pay the filing fee will result in dismissal of this action without further.

IT IS SO ORDERED this 22nd day of June, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE